# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL SCHILLACI,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:20-cv-00628-SAB<br><br>ORDER DIRECTING PLAINTIFF TO FILE NOTICE OF STATUS OF SERVICE<br><br>FIVE DAY DEADLINE |

    Plaintiff April Schillaci ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying an application for disability benefits pursuant to the Social Security Act. On May 8, 2020, Plaintiff's application to proceed *in forma pauperis* in this application was granted. The order informed Plaintiff that service was to effected after which this action would be stayed pursuant to General Order 615. In the order granting Plaintiff's application to proceed *in forma pauperis*, Plaintiff was also "directed to paragraph 1 of the scheduling order to be issued in this action, which directs that the summons and complaint shall be served **within 20 days of the filing of the complaint**. Plaintiff shall promptly file proof of service with the Court upon completion of service." (ECF No. 4 at 1 (emphasis in original).)

    More than twenty days have passed and Plaintiff has not filed a return of service with the Court, nor does the record reflect that service was referred to the United States Marshall.

1  Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a notice within **five (5)**
2  **days** informing the Court of the status of service on Defendant in this action.

IT IS SO ORDERED.

Dated:  **June 3, 2020**

_____
UNITED STATES MAGISTRATE JUDGE