# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL SCHILLACI,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:20-cv-00628-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY AND FAILURE TO PROSECUTE<br><br>FIVE DAY DEADLINE |

Plaintiff April Schillaci ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying an application for disability benefits pursuant to the Social Security Act. On May 5, 2020, the scheduling order was filed in this matter. On June 3, 2020, an order issued due to Plaintiff's failure to file a certificate of service in compliance with the May 5, 2020 scheduling order. On June 8, 2020, Plaintiff filed a certificate of service. After service of the complaint, the matter was stayed by General Order 615 until the administrative record was filed on November 6, 2020.

The May 5, 2020 scheduling order set forth the schedule for the parties to serve confidential briefs. Pursuant to the May 5, 2020 scheduling order, Plaintiff's opening brief was to be filed within thirty days of service of Defendant's confidential reply brief. Defendant filed a proof of service showing that the reply brief was served on January 5, 2021. More than thirty days have passed and Plaintiff again has failed to comply with the May 5, 2020 scheduling order.

Plaintiff has not filed her opening brief in compliance with the May 5, 2020 scheduling order or sought an extension of time to do so.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. <u>Bautista v. Los Angeles County</u>, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, the Court HEREBY ORDERS PLAINTIFF TO SHOW CAUSE within **five (5) days** of the date of entry of this order this matter should not be dismissed for failure to comply and failure to prosecute. **Plaintiff is forewarned that the failure to show cause may result in the imposition of sanctions, including the dismissal of this action for failure to prosecute.**

IT IS SO ORDERED.

Dated:  **February 10, 2021**

UNITED STATES MAGISTRATE JUDGE

2