# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL SCHILLACI,<br><br>             Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | Case No. 1:20-cv-00628-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW AND EXTENDING TIME FOR FILING OF OPENING BRIEF<br><br>DEADLINE: FEBRUARY 22, 2021 |

Plaintiff April Schillaci ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying an application for disability benefits pursuant to the Social Security Act. On February 10, 2021, an order issued requiring Plaintiff to show cause why this action should not be dismissed for failure to comply with the scheduling order and failure to prosecute. Plaintiff filed a response to the order to show cause on February 15, 2021. The Court has reviewed Plaintiff's response and finds that good cause exists to grant an extension of time for the opening brief to be filed.

Accordingly, IT IS HEREBY ORDERED that:

1. The February 10, 2021 order to show cause is DISCHARGED;
2. Plaintiff shall file her opening brief on or before **February 22, 2021**;
3. Defendant shall file an opposition to Plaintiff's opening brief on or before **March 24, 2021**; and

1

4. Plaintiff's reply, if any, shall be filed on or before **April 8, 2021.**

IT IS SO ORDERED.

Dated:   **February 16, 2021**

_____
UNITED STATES MAGISTRATE JUDGE