# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL SCHILLACI,<br><br>      Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | Case No. 1:20-cv-00628-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE RESPONSIVE PLEADING OR SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DEEMED UNOPPOSED<br><br>FIVE DAY DEADLINE |

Plaintiff April Schillaci ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying an application for disability benefits pursuant to the Social Security Act. On February 16, 2021 an order was filed extending the time for Plaintiff to file her opening brief and setting forth a briefing scheduling. (ECF No. 19.) Plaintiff filed her opening brief on February 22, 2021. (ECF No. 20.) Pursuant to the February 16, 2021 order, Defendant's opposition was to be filed on or before March 24, 2021. (ECF No. 19.) The date has passed and Defendant has not filed an opposition to Plaintiff's opening brief.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate,

including dismissal of the action.  Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, IT IS HEREBY ORDERED that, within **five (5) days** from the date of service of this order, Defendant shall either file an opposition to Plaintiff's opening brief or a written response to show cause why Plaintiff's opening brief should not be deemed unopposed.

IT IS SO ORDERED.

Dated:   **March 26, 2021**

UNITED STATES MAGISTRATE JUDGE

2