# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL SCHILLACI,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No.  1:20-cv-00628-SAB<br><br>ORDER DISCHARGING MARCH 26, 2021 ORDER REQUIRING DEFENDANT TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DEEMED UNOPPOSED<br><br>REPLY DEADLINE:  APRIL 15, 2021 |

On March 26, 2021, an order was filed requiring Defendant to either file an opposition to Plaintiff's opening brief or show cause why the opening brief should not be deemed unopposed. (ECF No. 21.)  On March 31, 2021, Defendant filed an opposition to the opening brief.  (ECF No. 22.)

Accordingly, IT IS HEREBY ORDERED that:

1.   The March 26, 2021 order to show cause is DISCHARGED; and

2.   Any reply brief shall be filed on or before **April 15, 2021**.

IT IS SO ORDERED.

Dated:   **April 1, 2021**

UNITED STATES MAGISTRATE JUDGE

1